# PD-1680-14

CAUSE NO.05-11-00202-CR

| | | |
|---|---|---|
| JIMMY CASTILLO | § | IN THE |
| V. | § | COURT OF CRIMINAL APPEALS |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 31 2014
Abel Acosta, Clerk

## MOTION FOR LEAVE TO FILE OUT OF TIME

## PETITION FOR DISCRETIONARY REVIEW

COMES NOW, JIMMY CASTILLO, Petitioner, pro se, in the above styled and numbered cause and would show the Court the following:

I.

Petitioner was convicted of Murder and sentenced to Life. Timely Notice of Appeal was given and filed, and the 15th District Court assigned attorney Debbie Lopez-Carr who filed the appeal on September 9, 2011.

FILED IN
COURT OF CRIMINAL APPEALS
DEC 31 2014
Abel Acosta, Clerk

II.

After an extended period of time and not having received any status report from Ms. Carr, Petitioner had family members make contact to ascertain the status of my appeal, only to be informed that the 5th Court of Appeals had affirmed the case. Ms. Carr never sent me the State's Response, the Opinion of the 5th Court of Appeals, or informed me of my right to file a Petition for Discretionary Review.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Court Grant his motion for leave to file an out-of-time PDR in Cause No. 05-11-00202-CR.

**STATE OF TEXAS**

**COUNTY OF BRAZORIA**

## UNSWORN DECLARATION

The following declaration is made pursuant to federal law, 28 U.S.C.A. § 1746 and State law V.T.C.A. Civil Practice and Remedies Code § 132.001 – 132.003:

I, Jimmy A. Castillo, TDCJ-ID No. 1692539, being presently incarcerated in the Texas Department of Criminal Justice-Institutional Division, at the Darrington Unit, Brazoria County, Texas, declare under penalty of perjury that the above and foregoing is true and correct.

Executed on this the 22, day of DECEMBER, 20 14.

/S/ _Jimmy Castillo_